

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| SAM MURRAY, as Trustee of the S. H. MURRAY TRUST and MURRAY PECOS RANCH, LTD., | § | No. 08-25-00164-CV |
|  | § | Appeal from the |
| Appellants, |  |  |
|  | § | 83rd District Court |
| v. | § | of Pecos County, Texas |
| ALAMAR VENTURES, INC., CIEN ONCE GRAZERS, LLC and HONDO DAVIS, | § | (TC# P-8682-83-CV) |
| Appellees. | § |  |
|  | § |  |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court on its own motion to determine whether it should be dismissed. *See* Tex. R. App. P. 42.3.

On June 10, 2025, the Clerk of this Court sent Appellant, Sam Murray, as Trustee of the S. H. Murray Trust and Murray Pecos Ranch, Ltd., a letter requesting payment of the required filing fee.[1] *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by appellate rule from paying costs). The letter notified Murray that the appeal would

---

[1] In addition to the filing fee, the Clerk requested the docketing statement pursuant to Rule 32. Tex. R. App. P. 32. As of this memorandum opinion, none has been received.

be subject to dismissal on or after June 21, 2025, if Murray failed to pay the filing fee or failed to show an excuse from payment. *See* Tex. R. App. P. 42.3(c) (authorizing an appellate court to dismiss an appeal where an appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time).

As of this date, Murray has not paid the filing fee or otherwise shown an excuse from payment. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c).

MARIA SALAS MENDOZA, Chief Justice

June 30, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.